IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRAVIS B. FRANKLIN, | | |
| Plaintiff, | | **8:19CV369** |
| v. | | |
| HEARTLAND FAMILY SERVICES, | | **ORDER TO**<br>**SHOW CAUSE** |
| Defendant. | | |

  Pending before the Court is defendant Heartland Family Service's ("Heartland") Motion to Dismiss (Filing No. 5) plaintiff Travis B. Franklin's ("Franklin") Amended Complaint (Filing No. 1-1). Franklin has not responded to Heartland's motion, and the deadline for his response has passed. The Court orders Franklin to show cause on or by October 17, 2019, why this case should not be dismissed. Failure to respond may result in the dismissal of this case without further notice.

  IT IS SO ORDERED.

  Dated this 3rd day of October 2019.

        BY THE COURT:

        Robert F. Rossiter, Jr.
        United States District Judge