IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TRAVIS B. FRANKLIN, | |
|---|---|
| Plaintiff, | 8:19CV369 |
| vs. | |
| HEARTLAND FAMILY SERVICES, | ORDER |
| Defendant. | |

On October 23, 2019, progression of this case was stayed until November 22, 2019 to allow Plaintiff time to obtain counsel. Plaintiff has advised the Court that he was unable to find an attorney and would like to proceed *pro se*, that is, without an attorney, in this case ([Filing No. 10](#)).

Having considered the matter,

**IT IS ORDERED:**

1. The stay entered in this action is lifted.

2. Plaintiff is now proceeding *pro se*. Plaintiff shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, which could include dismissal of this suit.

3. Plaintiff shall file his response to Defendant's Motion to Dismiss ([Filing No. 5](#)) by December 16, 2019.

4.      The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

Dated this 25th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge